FILED BY _____ D.C.

AUG 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

LARRY KLAYMAN

        Plaintiff,

v.

REFEREE J. LEE MARSH, et al

        Defendants.

Case No.: 9:26-cv-80531

## PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT

Plaintiff Larry Klayman hereby respectfully requests that, pursuant to Federal Rule of Civil Procedure 55(a), the clerk of the Court enter default against Defendants Referee J. Lee Marsh, Honorable Carlos G. Muniz, Honorable Jorge Labarga, Honorable John D. Couriel, Honorable Jamie R. Grosshans, Honorable Renatha Francis, Honorable Meredith L. Sasso, Honorable Charles Canady, The Supreme Court of Florida, and John A. Tomasino.

These Defendants were served on June 30, 2026. Their counsel, A. Dean Johnson, entered an appearance on July 20, 2026. Pursuant to Federal Rule of Civil Procedure 12(a), a responsive pleading was due within twenty-one (21) days of service, or July 21, 2026. To date, counsel for these Defendants has not filed a responsive pleading, nor has he filed a motion to dismiss under Federal Rule of Civil Procedure 12(b).

Accordingly, the clerk of the Court must respectfully enter default as to Defendants Referee J. Lee Marsh, Honorable Carlos G. Muniz, Honorable Jorge Labarga, Honorable John D. Couriel, Honorable Jamie R. Grosshans, Honorable Renatha Francis, Honorable Meredith L.

1

Sasso, Honorable Charles Canady, The Supreme Court of Florida, and John A. Tomasino pursuant to Federal Rule of Civil Procedure 55(a)

Date: August 10, 2026

Respectfully submitted,

Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, August 11, 2026, the foregoing document is being served via email counsel for Defendants at the following email addresses:

londotj@gtlaw.com
Anthony.johnson@myfloridalegal.com

2